# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-MJ-00747-VCF |
| vs. | **ORDER** |
| THEREN PHILLIP FRAZIER, | |
| Defendant. | |

Before the court is Defense Counsel's Motion to Withdraw. (#12).

IT IS HEREBY ORDERED that a hearing on Defense Counsel's Motion to Withdraw (#12) is scheduled for 11:00 a.m., December 22, 2014, in courtroom 3D.

DATED this 18th day of December 18, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE